UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KHRE SMA FUNDING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KAI ZHAO, <br><br> Defendant. | Civil Action No. 21-CV-11430-RGS |

## STIPULATION AND JOINT MOTION AND ORDER FOR PRELIMINARY INJUNCTION AND ENLARGEMENT OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Plaintiff KHRE SMA Funding, LLC ("KHRE") and defendant Kai Zhao ("Zhao" or "Defendant") hereby stipulate and agree, by and through their undersigned counsel, as follows:

WHEREAS, on August 31, 2021, Plaintiff KHRE filed its Complaint against Zhao [ECF Docket No. 1];

WHEREAS, counsel for KHRE met and conferred with Zhao's counsel concerning KHRE's intention to seek entry of a preliminary injunction to prevent Zhao from dissipating his assets or otherwise frustrate KHRE's ability to recover any money judgment in connection with this matter; and

WHEREAS, the Parties having conferred, agree that it would serve judicial economy, while conserving the parties' resources and witness' time, for the parties to stipulate to entry of a stipulated Preliminary Injunction in the following proposed form:

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel on behalf of the Parties, that the Parties respectfully request and jointly move that the Court enter as an order of the Court the following, stipulated, preliminary injunction:

1. Zhao, and anyone acting in concert with or at the direction of Zhao, will cease and desist from using, disclosing, impairing, encumbering, alienating, licensing or dissipating Zhao's assets except as is reasonably necessary and clearly documented as being expended in the payment of

    a. insurance and taxes for the following collateral properties (i) 13-15 and 19-21 Congress Street, Boston, Massachusetts; (ii) 27-29 Stuart Street, Boston, Massachusetts; and (iii) 5 Concord Road, Weston, Massachusetts (collectively, the "Properties"). Zhao must seek and receive the prior written approval of KHRE in order to make any further expenditures for the maintenance of the Properties; and

    b. reasonable and necessary expenditures, which expenditures will be disclosed, every forty-five (45) days in detailed, financial statements to KHRE, to pay Zhao's necessary, routine and ordinary course living expenses, including attorneys' fees in connection with this matter;

2. Zhao will provide a written accounting of all of Zhao's financial dealings, transactions and assets in the last three (3) years, and to the extent they are within his custody or control in the last seven (7) years, within 30 days of entry of this order;

3. Zhao will not destroy and will act affirmatively to preserve any material relating to his finances in the last seven years; and

4. The Parties further stipulate and agree and jointly move the Court that defendant Zhoa shall have a further enlargement of time to and including October 26, 2021 to file and serve a responsive pleading to the Complaint.

WHEREFORE, the Parties, by their undersigned counsel, respectfully request that the Court (i) enter as an order of the Court the above-described preliminary injunction; (ii) grant the requested enlargement of time until October 26, 2021 for the defendant Zhao to file and serve a responsive pleading and (iii) grant such further and additional relief as the Court finds just and proper.

**Stipulated and Agreed:**

**KHRE SMA FUNDING LLC**

By its attorney,

_/s/ Jeffrey E. Francis_
Jeffrey E. Francis (BBO No. 639944)
jfrancis@pierceatwood.com
PIERCE ATWOOD LLP
100 Summer Street, Suite #2250
Boston, Massachusetts 02110
Phone: (617) 488-8100

-- And –

**KAI ZHAO**

By his attorney,

_/s/ Richard S. Ravosa_
Richard S. Ravosa BBO #635846
300 Commercial Street
Boston, MA 02109
(617) 720-1101
(617) 720-1104 (fax)
BBO No. 635846
email: rravosa@ravosalaw.com

13964401.1

SO ORDERED:

Dated: October __12__, 2021
Boston, Massachusetts

_Richard G. Stearns_
United States District Court Judge